IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 6 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| THE UNITED STATES § <br> FOR THE USE OF § <br> JUAN R. GALLEGOS § <br> D/B/A GALLEGOS ELECTRIC § <br> § <br> V. § <br> § <br> § <br> ISIDORE H. SALAZAR § <br> CONSTRUCTION, INC., § <br> (PRINCIPAL) AND EVERGREEN § <br> NATIONAL INDEMNITY § <br> COMPANY (SURETY) § | CIVIL ACTION <br><br> NO. B-00-102 |

## COMPLAINT

Plaintiff, Juan R. Gallegos d/b/a Gallegos Electric ("Gallegos"), complains of Isidore H. Salazar Construction, Inc. ("Salazar Construction"), and Evergreen National Indemnity Company ("Evergreen National") and for cause of action respectfully shows:

### I.
### STATEMENT OF THE CASE

This is an action to recover for labor and materials supplied by the electrical subcontractor (Gallegos Electric) to the contractor (Salazar Construction) for work on the construction of a public building of the United States. The action is also brought against the surety (Evergreen National) to recover on the payment bond. This action is brought pursuant 40 U.S.C.§§270a-270d otherwise known as the Miller Act.

Complaint
b:/gallegos/salazar.com

Page 1

## PARTIES

Juan R. Gallegos d/b/a Gallegos Electric is an individual and a resident of Cameron County, Texas. Isidore H. Salazar Construction, Inc. is a corporation duly licensed in the State of Texas with its principal place of business in Nueces County, Texas. Evergreen National Indemnity Company is a corporation duly licensed in the State of Ohio with its principal place of business in Franklin County, Ohio.

Defendant Salazar Construction may be served with process by serving its registered agent, Isidore H. Salazar at 5518 Tahoe Circle, Corpus Christi, Texas 78413 by certified mail, return receipt requested.

Defendant Evergreen National may be served with process by serving its registered agent, Ann L. Myers at 28601 Chagrin Blvd., Suite 500, Cleveland, Ohio 44122, by certified mail, return receipt requested.

## II.
## JURISDICTION AND VENUE

Jurisdiction is mandatory in Federal District Court pursuant 40 U.S.C.§270b(b). Venue is proper in the Brownsville Division also pursuant 40 U.S.C.§270b(b) because the contract was performed and executed in the Brownsville Division at Los Fresnos, Texas. 40 U.S.C.§270b(b) further dictates that the amount in controversy is not a factor in the determination of jurisdiction by the District Court.

## III.
## FACTS

On or about August 6, 1998, Salazar Construction was awarded a contract to build an armory and maintenance building in Los Fresnos, Texas for the United States Department of Immigration and Naturalization. The contract, #DACW64-98-C-0023, was for work on an armory and maintenance facility in the amount of $566,100.00 (Five Hundred Sixty-Six Thousand One Hundred and no/100 Dollars). Evergreen National, on August 13, 1998, issued a payment bond in favor of the United States of America in the amount of $283,050.00 (Two Hundred Eighty-Three Thousand Fifty and no/100 Dollars) as required by 40 U.S.C. 270a(a)(2) to protect all persons supplying labor and material in the prosecution of the work provided in said contract.

On or about October 6, 1998, Gallegos Electric was contracted by Salazar Construction to provide electrical contracting services for the project. Gallegos Electric supplied materials and labor to Salazar Construction for electrical work on the project. Final work was completed on January 18, 2000. All plan specifications were met and all minor irregularities corrected. At least ninety days have expired since final work was completed. Not more than one year has expired since the final work was completed. There remains an unpaid balance owed to Gallegos Electric by Salazar Construction in the amount of $14,760.66.

## IV.
## CONDITIONS PRECEDENT

All conditions precedent to recovery have been complied with by the Plaintiff, Gallegos Electric made several written demands for payment from both Defendants and has supplied all requested documentation. All just and lawful offsets, payments and credits have been allowed. Defendants additionally were presented Plaintiffs' demand by certified mail, return receipt requested, receipt of which has been acknowledged by Defendants.

## V.
## CAUSE OF ACTION

Plaintiff Gallegos Electric states a statutory cause of action pursuant 40 U.S.C. 270b against Defendant Salazar Construction and Evergreen National for payment on the unpaid balance due and owing to it by Defendants.

## VI.
## DAMAGES

Plaintiff Gallegos Electric has suffered actual damages in the amount of $14,760.66 (Fourteen Thousand Seven Hundred Sixty and 66/100 Dollars).

## VII.
## ATTORNEY'S FEES

Plaintiff seeks reasonable and necessary attorney's fees for the prosecution of this suit.

## VIII.
## INTEREST

Plaintiff seeks to recover interest from Defendants on the unpaid principal balance beginning April 18, 2000. Plaintiff seeks to recover post judgment interest from the Defendants.

## IX.
## COURT COSTS

Plaintiff seeks to recover all taxable court costs against Defendants.

## X.
## PRAYER

Plaintiff prays that Defendants be served and that upon trial on the merits be awarded actual damages, reasonable and necessary attorney's fees, costs of court, pre and post judgment interest as pleaded and any and all further relief, at law or in equity, it may be justly entitled to.

Respectfully submitted

Law Office of Miguel A. Saldaña
302 Kings Highway, Suite 109
Brownsville, Texas 78521
Telephone: 956-541-6555
Facsimile: 956-542-3651

By: _____
Miguel A. Saldaña
Federal I.D. No. 10954

ATTORNEY FOR JUAN GALLEGOS
D/B/A GALLEGOS ELECTRIC

## VIII.
## INTEREST

Plaintiff seeks to recover interest from Defendants on the unpaid principal balance beginning April 18, 2000. Plaintiff seeks to recover post judgment interest from the Defendants.

## IX.
## COURT COSTS

Plaintiff seeks to recover all taxable court costs against Defendants.

## X.
## PRAYER

Plaintiff prays that Defendants be served and that upon trial on the merits be awarded actual damages, reasonable and necessary attorney's fees, costs of court, pre and post judgment interest as pleaded and any and all further relief, at law or in equity, it may be justly entitled to.

Respectfully submitted

Law Office of Miguel A. Saldaña
302 Kings Highway, Suite 109
Brownsville, Texas 78521
Telephone:   956-541-6555
Facsimile:   956-542-3651

By: _____
Miguel A. Saldaña
Federal I.D. No. 10954

ATTORNEY FOR JUAN GALLEGOS
D/B/A GALLEGOS ELECTRIC

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

Southern DISTRICT OF Texas

The United States for the use of
Juan R. Gallegos d/b/a Gallegos Electric

v.

Isidore H. Salazar Construction, Inc.
(Principal) and Evergreen National
Indemnity Company (Surety)

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: B-00-102

TO: (Name and Address of Defendant)

Isidore H. Salazar Construction, Inc.
Regisitered Agent: Isidore H. Salazar
5518 Tahoe Circle
Corpus Christi, Texas 78413

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Miguel A. Saldana
302 Kings Highway, Suite 109
Brownsville, Texas 78521

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk
CLERK

7-06-00
DATE

M. Perez
BY DEPUTY CLERK

COPY

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

<u>Southern</u> DISTRICT OF <u>Texas</u>

The United States for the use of
Juan R. Gallegos d/b/a Gallegos Electric

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER: **B-00-102**

Isidore H. Salazar Construction, Inc.
(Principal) and Evergreen National
Indemnity Company (Surety)

TO: (Name and Address of Defendant)

Evergreen National Indemnity Company
Registered Agent: Ann L. Myers
28601 Chagrin Blvd., Suite 500
Cleveland, Ohio 44122

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Miguel A. Saldana
302 Kings Highway, Suite 109
Brownsville, Texas 78521

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk                               7-06-00
CLERK                                                  DATE

M. Perez
BY DEPUTY CLERK