

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 4 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| THE UNITED STATES | § | |
| FOR THE USE OF | § | |
| JUAN R. GALLEGOS | § | |
| D/B/A GALLEGOS ELECTRIC | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-102 |
| | § | |
| ISIDORE H. SALAZAR | § | |
| CONSTRUCTION, INC., | § | |
| (PRINCIPAL) AND EVERGREEN | § | |
| NATIONAL INDEMNITY | § | |
| COMPANY (SURETY) | § | |

## DEFENDANT EVERGREEN NATIONAL
## INDEMNITY COMPANY'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant Evergreen National Indemnity Company (hereinafter "Evergreen"), and files this its Original Answer to Plaintiff Juan R. Gallegos d/b/a Gallegos Electric's (hereinafter "Gallegos") Original Petition, and would respectfully show this Honorable Court as follows:

### I. STATEMENT OF THE CASE

Defendant Evergreen admits that it understands what Plaintiff is alleging, but denies that Plaintiff is due any money.

### PARTIES

The allegations set forth in the first paragraph are admitted.

The allegations set forth in the second paragraph are admitted.

The allegations set forth in the second paragraph of Plaintiff's Complaint are admitted.

## II. JURISDICTION AND VENUE

Admitted.

## III. FACTS

The allegations set forth in the first paragraph are admitted.

The allegations set forth in the second paragraph are denied.

## IV. CONDITIONS PRECEDENT

Denied.

## V. CAUSE OF ACTION

Denied.

## VI. DAMAGES

Denied.

## VII. ATTORNEY'S FEES

Defendant Evergreen denies that Plaintiff is entitled to attorney's fees.

## VIII. INTEREST

Defendant Evergreen denies that Plaintiff is entitled to the award of any interest.

## IX. COURT COSTS

Defendant Evergreen denies that Plaintiff is entitled to the award of any court costs.

## X. PRAYER

WHEREFORE PREMISES CONSIDERED, Defendant Evergreen prays that upon final hearing herein, Defendant recover judgment, for costs of suit, and for such other relief to which Defendant may show itself justly entitled.

DEFENDANT EVERGREEN'S ORIGINAL ANSWER                                                                 Page 2

Respectfully submitted,

RENTEA & ASSOCIATES

_____
BOGDAN RENTEA
Attorney-In-Charge
State Bar No. 16781000
SD of TX Bar No. 22859
The Littlefield Building
106 East 6th Street, Suite 400
Austin, Texas 78701
Tel: (512) 472-6291
Fax: (512) 472-6278

**ATTORNEY FOR DEFENDANT
EVERGREEN NATIONAL
INDEMNITY COMPANY**

### CERTIFICATE OF SERVICE

By my signature above, I hereby certify that the above and foregoing Defendant Evergreen National Indemnity Company's Original Answer has been forwarded on this 10th day of August 2000, as follows:

Miguel A. Saldaña                           <u>Via Fax No. (956) 542-3651</u>
Law Office of Miguel A. Saldaña
302 Kings Highway, Suite 109
Brownsville, Texas 78521