# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT COURT
## NUECES COUNTY, TEXAS

United States District Court
Southern District of Texas
FILED

SEP 1 5 2000

Michael N. Milby
Clerk of Court

4

The United States for the use of Juan R. Gallegos d/b/a Gallegos Electric
VS.
Isidore H. Salazar Construction, Inc. (Principal) and Evergreen National Endemnity Company (Surety)

**Case No.: B-00-102**          Summons In A Civil Action, Complaint

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

State of Texas }

County of __Nueces__ }

   __Jennifer Schmidt__, being duly sworn, deposes and says that (s)he is over the age of eighteen years, is an agent of the attorney service, Texas Civil Process, Inc., and is not a party to this action.

   Came to hand: __24th__ Day of __September__, 2000 at __3:30__ o'clock __P__.M.
   Executed on: __6th__ Day of __September__, 2000 at __8:30__ o'clock __P__.M.
   Executed at __5626 King Trail, Corpus Christi, Texas__
   Within the County of __Nueces__, Texas

   By delivering to __Isidore H. Salazar Construction Inc., by delivering to its Registered Agent: __Isidore H. Salazar__ in person, a true copy of an Summons In A Civil Action, Complaint attached thereto and I endorsed on said copy the date of delivery.

_Jennifer Schmidt_
Jennifer Schmidt, Process Server

   BEFORE ME, a notary public, on this day personally appeared the above named authorized person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct. Given under my hand and seal of office on this the __8th__ Day of __September__, 2000.

MARIA L. HERNANDEZ
Notary Public
State of Texas
My Comm. Exp. 08/18/03

_Maria L. Hernandez_
Notary Public *** State of Texas