5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 7 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| THE UNITED STATES | § | |
| FOR THE USE OF | § | |
| JUAN R. GALLEGOS | § | |
| D/B/A GALLEGOS ELECTRIC | § | |
| | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-102 |
| | § | |
| ISIDORE H. SALAZAR | § | |
| CONSTRUCTION, INC. | § | |
| (PRINCIPAL) AND EVERGREEN | § | |
| NATIONAL INDEMNITY | § | |
| COMPANY (SURETY) | § | |

## DEFENDANT ISIDORE H. SALAZAR CONSTRUCTION, INC.'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant Isidore H. Salazar Construction, Inc., hereinafter referred to as Defendant and files this its Original Answer to Plaintiff Juan R. Gallegos d/b/a Gallegos Electric's Original Petition, and would respectfully show this Honorable Court as follows:

### I. STATEMENT OF THE CASE

Defendant, Isidore H. Salazar Construction, Inc. admits that it understands what Plaintiff is alleging, but denies that Plaintiff is due any money.

### PARTIES

The allegations set forth in the first paragraph are admitted.

The allegations set forth in the second paragraph are admitted.

The allegations set forth in the second paragraph of Plaintiff's Complaint are admitted.

## II.  JURISDICTION AND VENUE

Admitted.

## III.  FACTS

The allegations set forth in the first paragraph are admitted.

The allegations set forth in the second paragraph are denied.

## IV.  CONDITIONS PRECEDENT

Denied.

## V.  CAUSE OF ACTION

Denied.

## VI.  DAMAGES

Denied.

## VII. ATTORNEY'S FEES

Defendant Isidore Salazar Construction, Inc. denies that Plaintiff is entitled to attorney's fees.

## VIII.  INTEREST

Defendant Isidore Salazar Construction, Inc. denies that Plaintiff is entitled to the award of any interest.

## IX.  COURT COSTS

Defendant Isidore Salazar Construction, Inc. denies that Plaintiff is entitled to the award of any court costs.

## X.  PRAYER

WHEREFORE PREMISES CONSIDERED, Defendant Isidore Salazar Construction, Inc. prays that upon final hearing herein, Defendant recover judgment, for costs of suit, and for such

other relief to which Defendant may show itself justly entitled.

Respectfully submitted,

GONZALEZ & GONZALEZ, L.L.P.

5959 S. Staples, Suite 205
Corpus Christi, Texas 78413
Phone:  (361) 993-3399
Fax  :  (361) 993-3377

By:

Arnold G. Gonzalez
Bar No. : 2193
State Bar # 0 8 1 2 3 1 0 0
ATTORNEY FOR DEFENDANT
ISIDORE H. SALAZAR
CONSTRUCTION, INC.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument has been forwarded on this _2 1_ day of September, 2000.

ARNOLD G. GONZALEZ

**VIA CMRRR:**
Mr. Miguel A. Saldaña
Law Office of Miguel A. Saldaña
302 Kings Highway, Suite 109
Brownsville, Texas 78521

**VIA CMRRR:**
Mr. Bogdan Rentea
RENTEA & ASSOCIATES
The Littlefield Building
106 East 6th Street, Suite 400
Austin, Texas 78701