

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 12 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| THE UNITED STATES | § | |
| FOR THE USE OF | § | |
| JUAN R. GALLEGOS | § | |
| D/B/A GALLEGOS ELECTRIC | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-102 |
| | § | |
| ISIDORE H. SALAZAR | § | |
| CONSTRUCTION, INC. | § | |
| (Principal) AND EVERGREEN | § | |
| NATIONAL INDEMNITY COMPANY, (Surety) | § | |
| *Defendant* | § | |

### PLAINTIFF'S MOTION FOR PRE-TRIAL CONFERENCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff, **JUAN R. GALLEGOS,** in the above-styled and numbered cause, and moves the Court to set this cause for Pre-trial Conference.

Respectfully submitted,

Law Office of Miguel A. Saldaña
Corporate Plaza, Suite 109
302 Kings Highway
Brownsville, Texas 78521
Telephone:  (956) 541-6555
Facsimile:  (956) 542-3651

By: _____
MIGUEL A. SALDAÑA
State Bar No. 17529450
Federal ID No. 10954

ATTORNEYS FOR PLAINTIFF,
JUAN R. GALLEGOS

## CERTIFICATE OF CONFERENCE

I hereby certify that on October 10, 2000, I, Miguel A. Saldaña, conferred with Mr. Bogdan Rentea, counsel for Evergreen and Mr. Arnold B. Gonzalez, counsel for Salazar Construction regarding the filing of Plaintiff's Motion for Pre-Trial Conference; both indicated that they had no objections to the filing of this motion.

MIGUEL A. SALDAÑA

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above foregoing instrument has on this the 12th day of October, 2000, been forwarded to:

Mr. Arnold B. Gonzalez
*Gonzalez & Gonzalez, L.L.P.*
5959 S. Staples, Suite 205
Corpus Christi, Texas 78413

Mr. Bogdan Rentea
*Rentea & Associates*
The Littlefield Building
106 East 6th Street, Suite 400
Austin, Texas 78701

MIGUEL A. SALDAÑA