| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
ENTERED

NOV 0 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

USA §
§
versus §
§ CIVIL ACTION: B: 00-102
Salazar §
§
§

# Order Resetting Conference

The intial pre-trial conference set for *November 20, 2000*, has been reset to:

**November 21, 2000 at** 1:30 **p.m.**

Signed on *November 7*, 2000 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge