8

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| The U.S.A. for the Use of Juan R. Gallegos d/b/a Gallegos Electric | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-00-102 |
| Isidore H. Salazar Construction, Inc., et al., | § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on November 8, 2000 the Court **ORDERED** the Parties to submit a Joint Discovery/Case Management Plan as required by Chamber Rule 7(A). The initial pretrial conference in this case is set for November 21, 2000, and Chamber Rule 7(A) requires the Parties to submit a Joint Discovery/Case Management Plan at least 14 days before the initial pretrial conference.

DONE at Brownsville, Texas, this 8th day of November 2000.

Hilda G. Tagle
United States District Judge