IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

| | |
|---|---|
| THE UNITED STATES § <br> FOR THE USE OF § <br> JUAN R. GALLEGOS § <br> D/B/A GALLEGOS ELECTRIC § <br> § <br> V. § <br> § <br> ISISORE H. SALAZAR § <br> CONSTRUCTION, INC., § <br> (PRINCIPAL) AND EVERGREEN § <br> NATIONAL INDEMNITY § <br> COMPANY (SURETY) § | C.A. NO. B-00-102 <br> (ORAL HEARING <br> IS REQUESTED) |

United States District Court
Southern District of Texas
FILED

NOV 14 2000

Michael N. Milby
Clerk of Court

## JOINT DISCOVER/CASE MANAGEMENT PLAN

COME NOW, **Juan R. Gallegos, d/b/a Gallegos Electric**, Plaintiff and **Isidore H. Salazar Construction, Inc., (Principal) and Evergreen National Indemnity Company (Surety)**, Defendants, in the above referenced action, filing their Joint Discovery/Case Management Plan, as required by the Cost and Delay Reduction Plan in the Civil Justice Reform Act of 1990 adopted by the Court on October 24, 1991.

1. State where and when the meeting of the parties required by Rule 26(f) was held and identify the counsel who attended for each party.

**ANSWER:** Telephone conferences were conducted on October 8, 2000 between attorneys of record Miguel Saldaña and Arnold Gonzalez. Mr. Gonzalez will also be lead counsel for the Defendant Evergreen National Indemnity Company. Mr. Gonzalez has the full authority of Evergreen to agree to the dates and stipulations of the Joint Discovery/Case Management Plan.

2. List the cases related to this one that are pending in any state or federal court with the case number and court.

**ANSWER:** None.

3. Briefly describe what this case is about.

**ANSWER:** This is basically a suit on sworn account involving the construction of a building of the United States of America. Defendants dispute the account.

4. Specify the allegation of federal jurisdiction.

**ANSWER:** 40 U.S.C.§§270a-270d - The Miller Act.

5. Name the parties who disagree and the reasons.

**ANSWER:** None.

6. List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.

**ANSWER:** None.

7. List anticipated interventions.

**ANSWER:** None.

8. Describe class-action issues.

**ANSWER:** None.

9. State whether each party represents that it has made the initial disclosure required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

**ANSWER:** Initial disclosures pursuant to Rule 26(a) have not been made. The parties agree to make all disclosures required by Rule 26(a) by February 15, 2001.

10. Describe the proposed agreed discovery plan, including:

   A) Responses to all the matters raised in Rule 26(f).

   B) When and to whom the plaintiff anticipates it may send interrogatories.

   C) When and to whom the defendant anticipates it may send interrogatories.

   D) Of whom and by when the plaintiff anticipates taking oral depositions.

   E) Of whom and by when the defendant anticipates taking oral depositions.

   F) When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B) and when the opposing party will be able to designate responsive experts and provide their reports.

   G) List expert depositions the plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. *See* Rule 26(a)(2)(B) (expert report).

   H) List expert depositions the opposing party anticipates taking and their anticipated completion date. *See* Rule 26(a)(2)(B) (expert report).

**ANSWER:**

   A) February 28, 2001

   B) Plaintiff will propound interrogatories to the named Defendants Salazar and Evergreen by March 1, 2001.

    C)     Defendants will propound interrogatories to Plaintiff Gallegos by March 1, 2001.

    D)     Plaintiff anticipates taking the oral deposition of Isidore Salazar and of a principal of Evergreen by March 30, 2001.

    E)     Defendants anticipate taking the oral depositions of Juan Gallegos and Ana Lisa Gallegos by March 30, 2001.

    F)     Plaintiff will designate experts, if any, by April 15, 2001 and provide accompanying reports. Defendants will designate experts, if any, by May 1, 2001 and reports.

    G)     Defendants' experts will be deposed by Plaintiff by May 15, 2001.

    (H)     Plaintiffs experts will be deposed by Defendants' by May 30, 2001.

11.   If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

**ANSWER:** Parties are in agreement with the discovery plan.

12.   Specify the discovery beyond initial disclosures that has been undertaken to date.

**ANSWER:** None.

13.   State the date the planned discovery can reasonably be completed.

**ANSWER:** May 30, 2001.

14.   Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

<u>JOINT DISCOVERY/CASE MANAGEMENT PLAN</u>                                                     **Page - 4**

**ANSWER:** The parties will consider mediation efforts.

15. Describe what each party has done or agreed to do to bring about a prompt resolution.

**ANSWER:** Parties have agreed to make full disclosure and mediate early.

16. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable and state when such a technique may be effectively used in this case.

**ANSWER:** Parties will consider mediation.

17. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

**ANSWER:** Plaintiff would agree to a trial before a magistrate judge. Defendants do not agree to have a magistrate judge hear this matter.

18. State whether a jury demand has been made and if it was made on time.

**ANSWER:** Plaintiff has requested a non-jury trial. Defendants have also requested a non-jury trial.

19. Specify the number of hours it will take to present the evidence in this case.

**ANSWER:** Parties anticipate approximately 10 hours to present evidence.

20. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

**ANSWER:** No pending motions.

21. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

**ANSWER:** None.

22. List the names, bar numbers, addresses and telephone numbers of all counsel.

**ANSWER:**

    Attorney of record for Plaintiff, Juan R. Gallegos D/B/A
    Gallegos Electric, Inc.
    Mr. Miguel A. Saldaña
    State Bar No. 17529450
    302 Kings Highway, Suite 109
    Brownsville, Texas 78521
    Telephone: 956/541-6555
    Telefax: 956/542-3651

    Attorney of record for Defendant, Isidore H. Salazar
    Construction, Inc.
    Mr. Arnold G. Gonzalez
    State Bar No. 2193
    Gonzalez & Gonzalez, L.L.P.
    5959 S. Staples, Suite 205
    Corpus Christi, Texas 78413
    Telephone: 361/993-3399
    Telefax: 361/993-3377

Attorney of record for Defendant Evergreen National
Indemnity Company
Mr. Bogdan Rentea
State Bar No. 16781000
**Rentea & Associates**
The Littlefield Building
106 East 6th Street, Suite 400
Austin, Texas 78701
Telephone: 512/472-6291
Telefax: 512/472-6278

Respectfully submitted,

*[signature]*

Miguel A. Saldaña
USDC No. 10954
State Bar No. 17529450
302 Kings Highway, Suite 109
Brownsville, Texas 78521
Telephone: 956/542-9161
Telefax: 956/542-3651

Attorney for Plaintiff

*[signature]*

Mr. Arnold G. Gonzalez
USDC No. 08/23/00
State Bar No. 2193
Gonzalez & Gonzalez, L.L.P.
5959 S. Staples, Suite 205
Corpus Christi, Texas 78413
Telephone: 361/993-3399
Telefax: 361/993-3377

Attorney for Defendant

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this ___14th___ day of November, 2000, to the following counsel of record and interested parties:

Attorney of record for Defendant:

    Mr. Arnold G. Gonzalez
    State Bar No. 2193
    Gonzalez & Gonzalez, L.L.P.
    5959 S. Staples, Suite 205
    Corpus Christi, Texas 78413

    Mr. Bogdan Rentea
    State Bar No. 16781000
    Rentea & Associates
    The Littlefield Building
    106 East 6th Street, Suite 400
    Austin, Texas 78701

    _/s/ Miguel A. Saldaña_
    Miguel A. Saldaña