10

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 7 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| THE UNITED STATES | § | |
| FOR THE USE OF | § | |
| JUAN R. GALLEGOS | § | |
| D/B/A GALLEGOS ELECTRIC | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-00-102 |
| | § | |
| ISIDORE H. SALAZAR | § | |
| CONSTRUCTION, INC. | § | |
| (PRINCIPAL) AND EVERGREEN | § | |
| NATIONAL INDEMNITY | § | |
| COMPANY (SURETY) | § | |

## DESIGNATION OF ATTORNEY IN CHARGE

NOW COMES the Defendant, EVERGREEN NATIONAL INDEMNITY COMPANY, and files this its Designation of Attorney in Charge.

EVERGREEN NATIONAL INDEMNITY COMPANY hereby designates Arnold G. Gonzalez as his attorney in charge.

Respectfully submitted,

GONZALEZ & GONZALEZ, L.L.P.
5959 S. Staples, Suite 205
Corpus Christi, Texas 78413
Phone: (361) 993-3399
Fax : (361) 993-3377

By: _____
Arnold G. Gonzalez
State Bar No.: 08123100
Fed. I.D. No : 2193

ATTORNEY IN CHARGE

RENTEA & ASSOCIATES
The Littlefield Building
106 East 6th Street, Ste. 400
Austin, Texas 78701
Phone: (512) 472-6291
Fax : (512)472-6278

By: *Bogdan Rentea by Arnold Gonzalez with permission*
Bogdan Rentea
State Bar No. 16781000
Fed. I.D. No. 22859

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument has been forwarded on this 16 day of November, 2000.

ARNOLD G. GONZALEZ

**VIA CMRRR:**
Mr. Miguel A. Saldaña
Law Office of Miguel A. Saldaña
302 Kings Highway, Suite 109
Brownsville, Texas 78521