

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 7 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| THE UNITED STATES § <br> FOR THE USE OF § <br> JUAN R. GALLEGOS § <br> D/B/A GALLEGOS ELECTRIC § <br> § <br> § <br> vs. § <br> § <br> ISIDORE H. SALAZAR § <br> CONSTRUCTION, INC. § <br> (PRINCIPAL) AND EVERGREEN § <br> NATIONAL INDEMNITY § <br> COMPANY (SURETY) § | CIVIL ACTION NO. B-00-102 |

**DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant Isidore H. Salazar Construction, Inc., hereinafter referred to as Defendant and files this its Unopposed Motion for Continuance, and would respectfully show this Honorable Court as follows:

I.

Counsel for Defendant, Isidore H. Salazar Construction, Inc. will be out of State on November 21, 2000, and would respectfully request the Court to reschedule the Pre-Trial Conference presently set for November 21, 2000 at 1:30 p.m.

II.

For these reasons, good cause exists for an order continuing the Pre-Trial Conference presently set on the Court's docket. This Motion is not made for purposes of delay only, but so that



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 7 2000

Michael N. Milby
Clerk of Court

THE UNITED STATES §
FOR THE USE OF §
JUAN R. GALLEGOS §
D/B/A GALLEGOS ELECTRIC §
§
§
vs. §  CIVIL ACTION NO. B-00-102
§
ISIDORE H. SALAZAR §
CONSTRUCTION, INC. §
(PRINCIPAL) AND EVERGREEN §
NATIONAL INDEMNITY §
COMPANY (SURETY) §

**DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant Isidore H. Salazar Construction, Inc., hereinafter referred to as Defendant and files this its Unopposed Motion for Continuance, and would respectfully show this Honorable Court as follows:

I.

Counsel for Defendant, Isidore H. Salazar Construction, Inc. will be out of State on November 21, 2000, and would respectfully request the Court to reschedule the Pre-Trial Conference presently set for November 21, 2000 at 1:30 p.m.

II.

For these reasons, good cause exists for an order continuing the Pre-Trial Conference presently set on the Court's docket. This Motion is not made for purposes of delay only, but so that

justice may be served.

# PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant, ISIDORE SALAZAR CONSTRUCTION, INC., prays for an Order continuing the Pre-Trial Conference on the Court's docket.

## CERTIFICATE OF CONFERENCE

The undersigned counsel has conference with all counsel of record, and they do not oppose Defendant's Motion for Continuance.

Respectfully submitted,

GONZALEZ & GONZALEZ, L.L.P.

5959 S. Staples, Suite 205
Corpus Christi, Texas 78413
Phone: (361) 993-3399
Fax : (361) 993-3377

By: _____
Arnold G. Gonzalez
Bar No. : 2193

ATTORNEY FOR DEFENDANT
ISIDORE H. SALAZAR CONSTRUCTION, INC.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument has been forwarded on this _16_ day of November, 2000.

_____
ARNOLD G. GONZALEZ

**VIA CMRRR:**
Mr. Miguel A. Saldaña
Law Office of Miguel A. Saldaña
302 Kings Highway, Suite 109
Brownsville, Texas 78521

**VIA CMRRR:**
Mr. Bogdan Rentea
RENTEA & ASSOCIATES
The Littlefield Building
106 East 6th Street, Suite 400
Austin, Texas 78701

APPROVED AS TO FORM
AND CONTENT:
GONZALEZ & GONZALEZ, L.L.P.
5959 S. Staples Street, Suite 205
Corpus Christi, Texas 78413
Telephone: (361) 993-3399
Facsimile: (361) 993-3377

BY: _____
    Arnold G. Gonzalez
    State Bar No. 08123100
    Fed. I.D. No. 2193
ATTORNEY FOR DEFENDANT,
ISIDORE SALAZAR CONSTRUCTION, INC.


RENTEA & ASSOCIATES
The Littlefield Building
106 East 6th Street, Ste. 400
Austin, Texas 78701
Phone: (512) 472-6291
Fax: (512) 472-6278

BY: _Bogdan Rentea_, with permission, Arnold Gonzalez
    Bogdan Rentea
    State Bar No. 16781000
    Fed. I.D. No. 22859
ATTORNEY FOR DEFENDANT,
EVERGREEN NATIONAL
INDEMNITY COMPANY

LAW OFFICE OF MIGUEL A. SALDANA
302 Kings Highway, Suite 109
Brownsville, Texas 78521
Phone: (956)541-6555
Fax: (956)542-3651

BY: _Miguel Saldana_, with permission, Arnold Gonzalez
    Miguel S. Saldana
    Fed. I.D. No. 10954
ATTORNEY FOR JUAN GALLEGOS
D/B/A GALLEGOS ELECTRIC