12

# Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED

DEC 1 1 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Fajardo    ■ Koerner |

DATE:  12  —  11  —  00

| TIME | | | |
|---|---|---|---|
| | a.m. | | a.m. |
| 2:24 | p.m. | 2:34 | p.m. |

CIVIL ACTION:  B — 00 — 102

STYLE

USA for Use of Gallegos d/b/a Gallegos Elec.

*versus*

Salazar Construction, et al

## DOCKET ENTRY

(HGT) ■ Initial Pretrial Conference;    ☐ Motion Hearing;    (Rptr.  Breck Record  )

Miguel Saldana          for    ■ Ptf. #_____ ☐ Deft. #_____

Arnold Aguilar          for    ☐ Ptf. #_____ ■ Deft. #_____

☐   All motions not expressly decided are denied without prejudice.

☐   Evidence taken [exhibits or testimony].

☐   Argument heard on:    ☐ all pending motions;    ☐ Following motions

☐   Motions taken under advisement: _____

☐   Order to be entered.

☐   Miscellaneous review set: _____

■   Rulings orally rendered on:

1.    Mediation **ORDERED** by March 15, 2001, based on the date recommended by the Parties.

2.    Parties are **ORDERED** to report the results of the mediation immediately thereafter by March 23,
      2001.

<u>Comments</u>:

1.    Defendant Salazar Construction says that non-payment to them by the government b/c the Plaintiff
      didn't do proper electrical work on the project.   There is ongoing litigation between Salazar

1

Construction and the government.

2.      Plaintiff feels that there it is a cash flow problem.

3.      There is no binding mediation in the contract.  Think that can mediate after do initial disclosures.