13

United States District Court
Southern District of Texas
FILED

DEC 11 2000

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

USA
versus
Salazar

§
§
§
§
§
§

CIVIL ACTION B- 00-102

## Scheduling Order

1. Trial: Estimated time to try: __1__ days.     ☑ Bench    ☐ Jury

2. New parties must be joined by: Feb. 1, 2001     Feb. 1, 2001

    *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:     April 15, 2001

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.     May 1, 2001

5. Discovery must be completed by:     May 30, 2001

    Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.

************************ The court will provide these dates. ************************

6. Dispositive Motions will be filed by:     June 19, 2001

7. Joint pretrial order is due:     Sept. 20, 2001

    *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:     Oct. 4, 2001

9. Jury Selection is set for 9:00 a.m. on:     Oct. 9, 2001

The case will remain on standby until tried.

    Signed ___December 11___, 2000, at Brownsville, Texas.

                                      Hilda G. Tagle
                                  United States District Judge

*Counsel, please sign on the back.*

*Scheduling Order--Page Two*

_____     _____
Counsel for _Defendants_       Counsel for _Plaintiff_


_____     _____
Counsel for                    Counsel for


_____     _____
Counsel for                    Counsel for