

14

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

United States District Court
Southern District of Texas
FILED

MAY 0 2 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| THE UNITED STATES | § | |
| FOR THE USE OF JUAN R. GALLEGOS | § | |
| D/B/A GALLEGOS ELECTRIC | § | |
| | § | |
| V. | § | C.A. NO. B-00-102 |
| | § | |
| ISIDORE H. SALAZAR | § | |
| CONSTRUCTION, INC., | § | |
| (PRINCIPAL) AND EVERGREEN | § | |
| NATIONAL INDEMNITY | § | |
| COMPANY (SURETY) | § | |

## DEFENDANTS' DESIGNATION OF EXPERTS WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Defendants, Isidore H. Salazar Construction, Inc., (Principal) and Evergreen National Indemnity Company (Surety) and files this their Designation of Expert Witnesses and would show the Court the following:

I.

The Defendants will also designate as expert witnesses any designated by any other party herein.

II.

The Defendants designate the following as expert witnesses:

Isidore H. Salazar
Isidore H. Salazar Construction, Inc.
400 SPID
Corpus Christi, Texas 78405
(361) 289-2423

Report: Isidore H. Salazar will testify as to the customs and practices in the construction industry

-1-

-2-

with regard to the scope of work to be completed under the contracts made the basis of this suit.

Arnold G. Gonzalez
Gonzalez & Gonzalez, L.L.P.
Attorneys at Law
5959 S. Staples, Suite 205
Corpus Christi, Texas 78413
(361) 993-3399

Report: Arnold G. Gonzalez is an attorney licensed to practice law in the State of Texas and has practicing law for over twenty years. He has extensive experience in commercial and construction litigation. He will testify that the reasonable attorney fees for defendants would be $150.00 per hour. He will testify that attorneys fees through trial will fall in a range from $8,000.00 to $12,000.00.

Respectfully submitted,

GONZALEZ & GONZALEZ, L.L.P.

5959 S. Staples, Suite 205
Corpus Christi, Texas 78413
(361) 993-3399 Telephone
(361) 993-3377 Facsimile

BY: _____
ARNOLD G. GONZALEZ
State Bar No. 08123100

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to opposing counsel listed below, by the method of service indicated on this the 1st day of May, 2001.

_____
ARNOLD G. GONZALEZ

-3-

**VIA FACISMILE: (956) 542-3651**
**AND CMRRR:**
Mr. Miguel A. Saldana
 Law Offices of Miguel A. Saldana
302 Kings Highway, Suite 109
Brownsville, Texas 78521

**REGULAR MAIL:**
Mr. Bogdan Rentea
RENTEA & ASSOCIATES
The Littlefield Building
106 East 6th Street, Suite 400
Austin, Texas 78701