15

United States District Court
Southern District of Texas
ENTERED
AUG 24 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>for the Use of JUAN R. GALLEGOS<br>dba GALLEGOS ELECTRIC | § | |
| versus | § | CIVIL ACTION B-00-102 |
| ISIDORE H. SALAZAR<br>dba ISIDORE H. SALAZAR<br>CONSTRUCTION, INC. | § | |

## Order Re-Setting Docket Call

1. The docket call and final pretrial conference has been reset for 9:00 a.m. on: _10/9/01_

2. Each party shall appear by an attorney with full knowledge of the facts and authority to bind the client.

Signed _August 24_, 2001 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge