16

LAW OFFICE OF
# MIGUEL A. SALDAÑA
302 Kings Highway, Suite 109
Brownsville, Texas 78521

United States District Court
Southern District of Texas
FILED

SEP 2 0 2001

Michael N. Milby
Clerk of Court

Tel:   956/541-6555                          Fax:   956-542-3651

September 20, 2001

Ms. Stella Cavazos
Case Manager
United States District Clerk
600 East Harrison, Suite 101
Brownsville, Texas 78520-7114

   Re:   Civil Action No. B-00-102;
         The United States for the Use of Juan R. Gallegos
         D/B/A/ Gallegos Electric;  vs. Isidore Salazar, et al

Dear Madam:

   Please be advised that the above styled and numbered case settled. The parties will be submitting an Agreed Order to Dismiss with the next ten days. If you have any comments or questions please feel free to call my office.

   Thank you for your courtesies in this matter.

                                    Very truly yours,

                                    *Miguel A. Saldaña*

                                    Miguel A. Saldaña
                                    Signed with permission

/lr

cc: Arnold Gonzalez