17

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| THE UNITED STATES FOR<br>THE USE OF JUAN GALLEGOS d/b/a<br>GALLEGOS ELECTRIC,<br><br>      Plaintiffs,<br><br>v.<br><br>ISIDORE H. SALAZAR CONSTRUCTION<br>INC., et al.,<br><br>      Defendants. | § § § § § § § § § § § § | CIVIL ACTION B-00-102 |

## Final Order of Dismissal

BE IT REMEMBERED that on October 1, 2001, the Court **GRANTED** the Parties' joint request pursuant to Rule 11 of the Texas Rules of Civil Procedure.

1.     The Court, having been advised by counsel that a settlement has been reached, dismisses this case with prejudice. All Parties shall bear their own costs.

2.     The Court retains jurisdiction to enforce the settlement. Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 380 (1994).

DONE at Brownsville, Texas, this first day of October 2001.

Hilda G. Tagle
United States District Judge